UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUIS VALDEZ AND TELMA VALDEZ,

Plaintiffs,

v.

UNITED STATES OF AMERICA, and MICHELLE ROCHA, MATTHEW PUTRA, RONALD REYNOLDS, AND JON-PAUL DEMARSE, in their individual capacities,

Defendants.
______________________________________/

Case No.: 1:12-cv-00381

Hon. Robert J. Jonker
U.S. District Judge

**AMENDED STIPULATION AND ORDER REGARDING PUBLIC FILING OF REDACTED EXHIBITS, FILING OF SEALED EXHIBITS, AND EXTENSION OF TIME**

Plaintiffs Luis Valdez and Telma Valdez, by and through their attorney, Miriam J. Aukerman, American Civil Liberties Union Fund of Michigan, and Defendants United States of America, Michelle Rocha, Matthew Putra, Ronald Reynolds, and Jon Paul Demarse, by and through their attorney, Carolyn A. Almassian, Assistant United States Attorney, hereby stipulate and request that the Court permit certain exhibits to be filed under seal as follows:

**Protective Order Governs Non-Disclosure of Exhibits**

1. On March 5, 2013, the parties submitted a proposed protective order to the Court. (Docket No. 84.)

2. The Court modified and entered the Protective Order on March 8, 2013. (Docket No. 86.)

3. The Protective Order guides the use of confidential designations to the documents that have been produced in discovery: “Information shall not be marked as Confidential

Information unless the party producing the information has good cause to believe either (a) it is protected under a government privilege; (b) it is protected under the Privacy Act, 5 U.S.C. § 552a; or (c) the party could legitimately assert that for some other reason the document should be filed under seal." (*Id*. at ¶ 9.)

4. The Protective Order also specifies the procedures to be taken when a party quotes from or attaches confidential-designation information to pleadings:

> 16. If counsel for Plaintiffs or Defendants intends to quote Confidential Information in a pleading or to file any Confidential Information as an exhibit with the Court, counsel shall first notify opposing counsel so that the party opposing disclosure has the opportunity to seek a court order that the document be filed under seal. To meet a filing deadline, counsel may file a redacted copy of a pleading that omits the Confidential Information pending the Court's decision on filing under seal.
>
> 17. If the parties agree that it is appropriate for a document containing Confidential Information to be filed under seal, the parties shall seek the Court's permission by submitting a stipulated order to the Court with respect to that document setting out the reasons why sealing is required, and the filing party shall submit the proposed sealed document pursuant to the W.D. Mich. L.Civ.R. 10.6. If the parties agree that it is appropriate for a document to be filed publicly, the filing party may file the document as a standard, publicly available exhibit.
>
> (*Id*. at ¶¶ 16-17.)

**Plaintiffs' Motion for Partial Summary Judgment and Exhibits**

5. On December 5, 2013, Plaintiffs' counsel sent a letter to Defendants' counsel regarding documents designated as confidential by the Defendants that Plaintiffs intended to cite from or attach to their brief.

6. On December 6, 2013, Plaintiffs filed a motion for partial summary judgment. (Docket No. 129.) Pursuant to the terms of the Protective Order, Plaintiffs did not file exhibits that were documents previously marked as confidential. Plaintiffs also redacted portions of their brief in order to comply with the Protective Order. Defendants filed redacted portions of some these documents as exhibits to Defendants' motion for partial summary judgment. (Docket No. 125, Exs. 10, 11).

7. The parties have since conferred regarding the redacted documents and Plaintiffs' redacted brief.

**Documents to Be Publicly Filed**

8. The parties agree that the following documents may be publicly filed.

| Document | Bates Numbers of Pages to Be Filed. Existing Redactions on Those Pages Remain Redacted. | Remove Confidential Designation of Document, Except to Extent that Document Already Redacted |
|---|---|---|
| **4A Training Power Point** | 5956-6002 | Agree |
| **4A & Administrative Authority Training** | 5946-5955 | Agree |
| **Operational Planning Lesson Plan** | 6352-6361 | Agree |
| **SEN Lesson Plan** | 8220-8231 | Agree |
| **Use of Force Policy** | 6163-6177 | Agree |
| **Verbal Techniques Lesson Plan** | 6202-6206 | Agree |
| **Tactical Communication Lesson Plan** | 6048-6069 | Agree |
| **Matthew Putra – Monetary Awards, 9/14/11, 11/28/11** | 5045-5048 | Agree |
| **Michelle Rocha – Monetary Award, 7/31/07** | 5352-5353 | Agree |

9. The parties further agree that the redacted Field Operations Worksheets (filed by the Defendants in prior filing, and which Plaintiffs anticipate including in future filing) and the I-205s (some of which were filed by the Defendants but redacted by the Plaintiffs in prior filings, and some of which Plaintiffs intend to file in the future) may be publicly filed in a redacted form, with the exception of any such documents pertaining to minors. (*See* Docket No. 126, Ex. 10.)

**Documents to Be Filed Under Seal, With the Permission of the Court**

10. The parties also agree that, with the permission of the Court, the following documents should be filed under seal:

| Document | Bates No. | Plaintiffs Exhibit No. | Attached As Proposed Sealed Doc. |
|---|---|---|---|
| Irma Calvo Target Folder Containing Field Operations Worksheet (2/17/2011) | 5719-5754 | 32 | A |
| Irma Calvo EARM Entry | 6611 | 33 | B |
| Norma Rodas Target Folder Containing Field Operations Worksheet (2/16/2011) | 6612-6626 | 36 | C |
| Reynolds' File on Telma Valdez, 2/17/2011 | 5678-5715 | 31 | D |
| Carol Gomez (a minor): Immigration Records | 5537-38; 5572-73; 5578-79 | n/a | E |
| Telma Valdez Medical Records | 6788-6844 | 58b | F |

11. Pursuant to the terms of the Protective Order ¶ 17, the parties request the Court's permission to file the documents listed above under seal for the reason that the documents relate to non-parties and contain their respective immigration history, personally protected information, and the U.S. Department of Homeland Security (DHS) Immigration and Customs Enforcement's (ICE) investigation concerning Ms. Calvo and Ms. Rodas. The parties request that the Court seal Carol Gomez's records because she is a minor. The parties agree that this information should be kept confidential. With respect to the file for Ms. Valdez, the parties believe that this document is appropriately filed under seal, as it contains extensive personal information that could lead to identity theft, if publicly filed. Ms. Valdez's medical records also contain personal information and medical history not related to this case.

12. Pursuant to Western District of Michigan Local Civil Rule 10.6(b), Defendants shall file the proposed sealed documents electronically under seal as separate documents and as separate docket entries.

**Redacted Brief and Exhibits in Dispute**

13. The parties disagree about whether the Plaintiffs' brief should contain redactions.

14. The parties also disagree about the extent of the redactions that should be permitted with respect to the following documents:

| Document | Bates |
|---|---|
| **Fugitive Operations Overview, 9/2009** | 6003-6016 |
| **Fugitive Operations Handbook, 7/2010** | 9375-9411 |
| **Aaron Lutton Deposition** | n/a |
| **Matthew Putra Deposition** | n/a |
| **Jason Andrews Deposition** | n/a |
| **Ron Reynolds Deposition** | n/a |

15. Pursuant to the terms of the Protective Order, Defendants may file a motion seeking redaction of Plaintiffs' brief and redaction and/or sealing of the documents in Paragraph 14.

16. Under the terms of the Protective Order, Defendants' motion is due December 26, 2013. In light of counsel's other obligations and holiday plans, the parties agree that this deadline is extended until Friday, January 10, 2013.

Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION
FUND OF MICHIGAN

Dated: January 9, 2014

*/s/ Miriam J. Aukerman*
Miriam J. Aukerman
89 Ionia NW, Suite 300
Grand Rapids, MI 49503
(616) 301-0930

Dated: January 9, 2014

*/s/ Carolyn A. Almassian*
Carolyn A. Almassian
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

**ORDER RE PUBLIC FILING OF REDACTED EXHIBITS,**
**FILING OF SEALED EXHIBITS, AND EXTENSION OF TIME**

Based upon the foregoing Stipulation, **IT IS SO ORDERED**.

DATED this ______________ day of ________________, 2014.

Robert J. Jonker
United States District Judge