UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | | | |
|---|---|---|---|
| **Case No:** 1:12-cv-00381-RJJ | | | |
| **Caption:** Valdez et al v. United States of America et al | | | |
| **Date:** 2/12/2015 | **Time:** 2:08 - 5:23 pm | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Hugh W. Brenneman, Jr. |

## APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF(S):** | H. Rhett Pinsky<br>Susan Elizabeth Reed<br>Miriam J. Aukerman | Telma Valdez |
| **DEFENDANT(S):** | Carolyn Ann Almassian<br>Timothy P. VerHey | United States of America<br>Michelle Rocha<br>Jason Andrews<br>Jon Paul Demarse |

## PROCEEDINGS

**NATURE OF HEARING:**

**SETTLEMENT CONFERENCE held.**

**The parties did reach a settlement of the case.**

**Closing documents to be submitted within 14 days.**

| Event | Time | Digitally recorded |
|---|---|---|
| Opening comments / remarks | 2:08 - 2:10 pm | Yes |
| Settlement discussions between Judge and parties | 2:10 - 5:17 pm | No |
| Settlement placed on the record | 5:17 - 5:23 pm | Yes |

Proceedings Digitally Recorded

Deputy Clerk: J. Manders