UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TELMA VALDEZ,

Plaintiff,

v.

UNITED STATES OF AMERICA, and MICHELLE ROCHA, and JON PAUL DEMARSE, in their individual capacities,

Defendants.
_______________________________________/

Case No.: 1:12-cv-00381

Hon. Robert J. Jonker
U.S. District Judge

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Telma Valdez, by and through her attorneys, and Defendants, the United States of America, Michelle Rocha, and Jon Paul Demarse, by and through their attorneys, hereby stipulate and agree that this matter be dismissed with prejudice and without costs or attorney fees to either party.

Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION
OF MICHIGAN

Dated: February 24, 2015

/s/ *Miriam J. Aukerman*
MIRIAM J. AUKERMAN
1514 Wealthy SE, Suite 242
Grand Rapids, MI 49506
(616) 301-0930
Attorney for Plaintiff

PATRICK. A. MILES, JR.
United States Attorney

Dated: February 24, 2015

*/s/ Carolyn A. Almassian*
CAROLYN A. ALMASSIAN
Assistant United States Attorney
Post Office Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404
Attorney for Defendants