IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUIS VALDEZ AND TELMA VALDEZ,

Plaintiffs,

v.

UNITED STATES OF AMERICA,
MICHELLE ROCHA, MATTHEW PUTRA,
RONALD REYNOLDS, and JOHN PAUL
DEMARISE, in their individual capacities,

Defendants.
_______________________________________/

Case No.: 1:12-cv-00381

Hon. Robert J. Jonker
U.S. District Judge

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiffs, Telma Valdez and Luis Valdez, by and through their attorneys, and Defendants, the United States of America, Michelle Rocha, Matthew Putra, Ronald Reynolds and Jon Paul Demarse, by and through their attorneys, hereby stipulate and agree that this matter be dismissed with prejudice and without costs or attorney fees to either party.

Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION
OF MICHIGAN

Dated: March 12, 2015

/s/ *Miriam J. Aukerman*
MIRIAM J. AUKERMAN
1514 Wealthy SE, Suite 242
Grand Rapids, MI 49506
(616) 301-0930
Attorney for Plaintiffs

PATRICK. A. MILES, JR.
United States Attorney

Dated: March 12, 2015

_/s/ Carolyn A. Almassian_
CAROLYN A. ALMASSIAN
Assistant United States Attorney
Post Office Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404
Attorney for Defendants